OPINION — AG — IT IS THE MANDATORY DUTY OF THE COUNTY EXCISE BOARD TO MAKE APPROPRIATION, EACH YEAR, FOR AN AMOUNT NOT LESS THAN THE EQUIVALENT OF 1/4 OF ONE MILL AD VALOREM TAX LEVY FOR THE CARE OF COUNTY CHARITY PATIENTS IN THE COUNTY HOSPITAL. CITE: OPINION NO. JULY 28, 1956 — RUTHERFORD, 62 O.S. 1961 331 [62-331], OPINION NO. AUGUST 4, 1951 — RUSSELL, ARTICLE X, SECTION 9, 19 O.S. 1961 786 [19-786] (J. H. JOHNSON)